168 A.3d 1177

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. HOMER
ANDREWS (A/K/A HOMER JEROME ANDREWS, BRIAN
THOMAS, THOMAS GREEN, TYRONE ANDREWS AND JE-
ROME ANDREWS), DEFENDANT–PETITIONER.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000881–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.